

Justin Glenn Reynolds #01989613

Havins Unit

500 FM 45 East

Brownwood, TX  76801

TO WHOM IT MAY CONCERN:

    This is notification of my change of address from the above location to my current address:

706 FM 2859, Corsicana, TX 75109.   Please update your records to reflect this address change as indicated above.

    This is in regard to:  **Case No. 3:17-cv-2443-M-BN.**

    Thank you for your prompt attention to this matter.

Respectfully,


Justin Glenn Reynolds

Dated:  12/18/2018



NORTH TEXAS TX PDDC
DALLAS TX 750
02 JAN 2019 PM 11 L

U.S. District Court
Northern Dist. / Dallas Div
1100 Commerce Room 14A20
Dallas Tx. 75242-1003

75242-039795



RECEIVED
JAN -7 2019
MAILROOM

Justin Reynolds 1989613
706 FM 2858
Corsicana Tx 75109